August 2, 1973

No. 73-34 James A. Peters, PVT, U. S. Marine Corps; Robert Gene Morris, SR, U. S. Navy; Jeffrey F. Boutwell, PVT, U. S. Marine Corps; and Richard J. Tiedeman, Jr., PVT, U. S. Marine Corps v. United States.

On consideration of the Petition for Extraordinary Relief and of the Response to Order to Show Cause, it appearing that petitioners' cases have been referred to the United States Navy Court of Military Review pursuant to the mandates of this Court dated June 20, 1973, it is, by the Court, this 2d day of August 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot.

August 2, 1973

No. 73-35 Roland E. Holmes, Jr., PVT, U. S. Marine Corps v. BRIG GEN H. L. Wilkerson, USMC, Commanding, Marine Corps Base, Camp Lejeune, North Carolina; Et Al.

On consideration of the Petition for Extraordinary Relief and of the Government Reply to Order to Show Cause, it appearing that the convening authority has acted upon the record of the accused's trial by general court-martial, and has forwarded said record to the United States Court of Military Review, it is, by the Court, this 2d day of August 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. Rhodes v. Haynes, 22 USCMA 189, 46 CMR 189 (1973).

August 23, 1973

No. 73-37 Gerald E. Thornton, PFC, U. S. Marine Corps v. BRIG GEN W. G. Joslyn, USMC, Commanding General, Marine Corps Base, Twentynine Palms, California.

It appearing that the respondent has complied with the Order issued by the Court in the above-entitled action on August 8, 1973, it is, by the Court, this 23d day of August 1973,

ORDERED:

That the Petition for Extraordinary Relief be, and the same hereby is, dismissed as moot.